UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                                    :
IN RE APPLICATION OF MARRIOTT                                       :    25-MC-436 (JMF)
INTERNATIONAL, INC.                                                 :
FOR AN ORDER SEEKING DISCOVERY                                      :    ORDER
PURSUANT TO 35 U.S.C. § 24                                          :
                                                                    :
--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Marriott International, Inc. ("Applicant") brings this application pursuant to 35 U.S.C. § 24 for an order authorizing discovery from Reid & Wise, LLC by means of a subpoena served pursuant to Rule 45 of the Federal Rules of Civil Procedure. Having considered Applicant's submissions, the Court concludes — without prejudice to the timely filing of a motion to quash the subpoena and, in the event such a motion is filed, subject to reconsideration — that Section 24's statutory requirements are met. *See* 35 U.S.C. § 24.

      Accordingly, the application is GRANTED. Applicant's U.S. counsel, Sara Stadler, is authorized to serve the subpoena attached as Exhibit 1 to the Application for Issuance of a Subpoena, Docket Nos. 1-1, 1-2, 1-3, on Reid & Wise, LLC, together with a copy of this Order, no later than **thirty days** from the date of this Order. No later than **the same date**, and *before* serving the subpoena on Respondent, Applicant shall provide actual notice and courtesy copies of the subpoena, application, and supporting documents to Angrow Company Limited, and any other parties against whom the requested discovery is likely to be used, through any such party's counsel or, if the identity of such party's counsel is unknown, on that party directly. Applicant shall promptly file proof of such service on ECF.

      Any further proceedings shall be governed by the Federal Rules of Civil Procedure, the Court's Local Rules (http://nysd.uscourts.gov/courtrules.php), and the Court's Individual Rules and Practices in Civil Cases, (http://nysd.uscourts.gov/judge/Furman). If the parties believe that a protective order is appropriate or necessary, they shall file a joint proposed protective order on ECF, mindful that the Court will strike or modify any provision that purports to authorize the parties to file documents under seal without Court approval. *See generally Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006). In the event of any dispute concerning the subpoena or any proposed protective order, the parties shall meet and confer before raising the dispute with the Court.

      The Clerk of Court is directed to close the case (without prejudice to a motion to reopen in the event that there is anything further to litigate).

      SO ORDERED.

Dated: October 6, 2025
      New York, New York
                                                JESSE M. FURMAN
                                                United States District Judge